# IN THE CIRCUIT UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**DEON BILBREW**

**PLAINTIFF**

**VS.**

**CAUSE NO.  3:23-CV-3153-KHJ-MTP**

**TRAVELERS INDEMNITY COMPANY**
**AND JOHN DOES 1-5**                                        **DEFENDANTS**

---

### NOTICE OF SERVICE OF PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

---

      Please take notice that pursuant to local court rules the Plaintiff has this day served on Defendant, through counsel, the following pleadings:

**PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES**

    The undersigned counsel of record retains the original of this discovery document as custodian thereof pursuant to the local court rule.

    Respectfully submitted, this the 24th day of June, 2024.

                           **DEON BILBREW**

                           By His Attorney:

                           __/s Baskin L. Jones_____
                           **BASKIN L. JONES, ESQ.**

**OF COUNSEL:**
BASKIN L. JONES, ESQ. (MSB #103589)
JONES LAW, P.A.
Mail: 3417 N State St.
Jackson, MS 39216
(601) 272-2406 (Telephone)
baskinjones@gmail.com

## **CERTIFICATE OF SERVICE**

    I, Baskin Jones, of counsel for Plaintiff in the above styled and numbered cause, do hereby certify that I have this day electronically delivered by ECF a true and correct copy of the foregoing of the above documents.

    THIS, the 24th day of June, 2024.

                                               /s Baskin L. Jones
                                             **BASKIN L. JONES, ESQ.**